IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARTHINUS LOURENS,** | CIVIL ACTION NO. 1:25-cv-00905-TRJ |
| **Plaintiff,** | CERTIFICATE OF INTERESTED PERSONS |
| v. | |
| **DELTA AIR LINES, INC.** and **ENDEAVOR AIR, INC.,** | & |
| | CORPORATE DISCLOSURE STATEMENT |
| **Defendants.** | |

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

   Plaintiff, Marthinus Lourens;

   Defendant, Delta Air Lines, Inc; and

   Defendant, Endeavor Air, Inc.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

   (A)   Watts Firm LLP
         610 River Valley Road
         Atlanta, Georgia 30328

         811 Barton Springs Road, 725
         Austin, Texas 78704

      (B)      DJC Law, PLLC
                   1012 West Anderson Lane
                   Austin, Texas 78757

      (C)      Carabin Shaw
                   875 E. Ashby Pl #110
                   San Antonio, Texas 78212

      (D)      Hinshaw & Culbertson, LLP
                   151 North Franklin Street
                   Suite 2500
                   Chicago, IL 60606

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    Russell T. Abney, Local Counsel for Plaintiff, Watts Law Firm, LLP;

    Mikal Watts, Counsel for Plaintiff, Watts Law Firm, LLP;

    Andres C. Pereira, Counsel for Plaintiff, DJC Law, PLLC;

    Mark Pierce, Counsel for Plaintiff, DJC Law, PLLC;

    David Bizar, Counsel for Plaintiff, DJC Law, PLLC;

    James Michael Shaw, Counsel for Plaintiff, Carabin Shaw; and

    Michael G. McQuillen, Counsel for Defendants, Hinshaw & Culbertson, LLP.

(4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

---

* Allegations of an individual's residence do not enable the Court to determine an individual's citizenship. Travaglio v. Am. Express Co., 735 F.3d 1266, 1269 (11th Cir. 2013). For purposes of diversity jurisdiction, citizenship is equivalent to domicile, which is a party's "true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." McCormick v. Aderholt, 293 F.3d 1254, 1257–58 (11th Cir. 2002) (quoting Mas v. Perry, 489 F.2d 1396, 1399 (5th Cir. 1974)). "[A] limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1021 (11th Cir. 2004) (citing Carden v. Arkoma Assocs., 494 U.S. 185, 195-196 (1990)). A limited liability company, like other unincorporated entities, "is a citizen of any state of

This case is based upon 28 U.S.C. § 1331.

Submitted this 28th day of February 2025.

By: /s/ *Russell T. Abney*
Russell T. Abney (Ga. Bar No. 000875)
Watts Law Firm LLP
610 River Valley Road
Atlanta, Georgia 30328

Mikal Watts (*pro hac vice pending*)
Watts Firm, LLP
811 Barton Springs Road, 725
Austin, TX 78704
(512)479-0500
russ@wattsllp.com
mikal@wattsllp.com

By: /s/ *Andres C. Pereira*
Andres C. Pereira, *Pro Hac Vice*
Mark Pierce (*pro hac vice pending*)
David Bizar (*pro hac vice pending*)
DJC LAW, PLLC
1012 West Anderson Lane
Austin, Texas 78757
(512) 220-1800
apereira@teamjustice.com

*Counsel for Plaintiff*

---

which a member of the company is a citizen." Rolling Greens MHP, 374 F.3d at 1022. A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries. Alliant Tax Credit 31, Inc. v. Murphy, 924 F.3d 1134, 1143 (11th Cir. 2019).